UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY ANN MENCHACA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:19-cv-01353-JDP (SS)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>THIRTY-DAY DEADLINE |

Plaintiff appealed defendant's decision denying her application for Social Security benefits by filing a complaint before this court on July 18, 2019. ECF No. 1. Plaintiff moved to proceed *in forma pauperis* the same day. ECF No. 2. The court granted plaintiff's motion and issued a summons. ECF Nos. 3, 5. The court also entered a scheduling order. ECF No. 4. Defendant filed the administrative record on April 30, 2020, ECF No. 12. Under the scheduling order, plaintiff's motion for summary judgment was due within 45 days. ECF No. 4. However, plaintiff has not filed a motion as required by the scheduling order, and the time to do so has now passed.

To manage the docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. When a plaintiff fails to comply with court-imposed deadlines, the court may dismiss the plaintiff's case for failure to prosecute. *See* Fed. R. Civ. P. 41; *Hells*

*Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."). Involuntary dismissal is a harsh penalty, but the court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

    I will give plaintiff the opportunity to explain why the court should not dismiss the case for her failure to prosecute and failure to comply with a court order. Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in dismissal of this case. Accordingly, plaintiff must show cause within thirty days of the date of entry of this order why the court should not dismiss this case for failure to prosecute.

IT IS SO ORDERED.

Dated:   December 18, 2020

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE