1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PEGGY ANN MENCHACA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:19-cv-01353-JDP<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>ECF No. 16 |

    IT IS STIPULATED by and between Peggy Ann Menchaca ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to Section 205(g) of the Social Security Act, as amended 42 U.S.C. 405(g), sentence four.

    Upon remand, the Appeals Council will direct the Administrative Law Judge (ALJ) to further develop the record and offer the claimant the opportunity for a new hearing. The Appeals Council will direct the ALJ to reevaluate the medical opinions; evaluate whether the claimant qualifies for a closed period of disability, consulting with a medical expert as needed; reassess the claimant's residual functional capacity for the entire period at issue; determine

1

whether there are jobs she could still do despite her limitations; obtain supplemental evidence from a vocational expert as needed; and issue a new decision.   The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 31st day of December 2020.

Dated:  December 31, 2020		By:	*/s/  Jesse S. Kaplan\**
					(\*as authorized via e-mail on December 30, 2020)
					JESSE S. KAPLAN
					Attorney for Plaintiff


Dated:  December 31, 2020			McGREGOR W. SCOTT
					United States Attorney
					DEBORAH LEE STACHEL
					Regional Chief Counsel, Region IX
					Social Security Administration

					By:	/s/ *Daniel P. Talbert*
						DANIEL P. TALBERT
						Special Assistant United States Attorney

						Attorneys for Defendant

OF COUNSEL:
Oscar Gonzalez de Llano
Assistant Regional Counsel
Social Security Administration, Region IX

2

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), ECF No. 16, and for cause shown, it is hereby ordered that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated:   January 11, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE