UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | | |
|---|---|---|
| PEGGY MENCHACA, | ) | No.  2:19-cv-01353-JDP |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER |
| | ) | APPROVING SETTLEMENT |
| Andrew Saul, | ) | OF ATTORNEY FEES UNDER |
| COMMISSIONER OF SOCIAL | ) | THE EQUAL ACCESS TO |
| SECURITY, | ) | JUSTICE ACT [28 U.S.C. §2412(d)] |
| | ) | |
| Defendant. | ) | ECF No. 21 |
| _____ | ) | |

THE PARTIES STIPULATE through the undersigned, subject to the approval of the Court, that plaintiff be awarded attorney fees in the amount of Four Hundred ($400.00) under the *Equal Access to Justice Act,* 28 U.S.C. §2412(d) and that there will be no award of costs. This will represent compensation for all legal services rendered by counsel for plaintiff in this civil action and in accordance with that statute.

Upon the Court's order, defendant will consider the assignment of those *EAJA* fees pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521, 2252-53 (2010), considering any offsets allowed

1

under the United States Department of Treasury's Offset Program. Fees shall be made payable to plaintiff, but if the Treasury Department determines plaintiff owes no federal debt, then the government shall pay the fees directly to Jesse S. Kaplan based on an assignment executed by plaintiff and will deliver the payment to said counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for *EAJA* fees and not an admission of liability of defendant under the *EAJA*. Payment of this agreed amount shall constitute a complete release and bar of plaintiff and her counsel regarding *EAJA* fees relating to this action. This award is without prejudice to plaintiff's counsel's right to fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the *EAJA*.

Dated:  April 5, 2021                                     /s/   Jesse S. Kaplan

                                                          JESSE S. KAPLAN
                                                          Attorney for Plaintiff

Dated:  April 5, 2021                                     /s/ per email authorization

                                                          DANIEL P. TALBERT
                                                          Special Assistant U.S. Attorney
                                                          Attorney for Defendant

**ORDER**

For good cause shown, defendant is ordered to pay plaintiff's attorney fees under the EAJA in accordance with this stipulation.

IT IS SO ORDERED.

Dated:   April 6, 2021                                    _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE